Others, Respondents, Appellants, Impleaded with THE PENDOCK COMPANY and Another, Defendants.— Order of modification and affirmance entered November 15, 1933, amended. [See 240 App. Div. ——.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MOESEL, Appellant.— Motion for reargument denied.

FRANK FANARA, Respondent, v. EDWARD H. BUTLER, Doing Business under the Assumed Name and Style of BUFFALO EVENING NEWS, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

HELEN BURKE, an Infant, etc., Respondent, v. JOSEPH B. GLASCOTT, Appellant, and PAUL LOBLOFF, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

JOHN BURKE, Respondent, v. JOSEPH B. GLASCOTT, Appellant, and PAUL LOB-LOFF, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ALBERT B. HUTCHENS, Respondent, v. JOHN BRAHM, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

GEORGE W. GASS, Respondent, v. AGATE ICE CREAM, INCORPORATED, Appellant, and ELMER E. MAHER, Defendant.— Motion for reargument denied, with ten dollars costs.

In the Matter of the Application of SAM ROBERTS for Removal from Office of FRANK E. ROWE, a Justice of the Peace in the Town of Bath, Steuben County.— Motion for a reargument denied, with ten dollars costs. the justice's term now having expired.

CHRISTIAN F. L. BERNHARDT and Others, Respondents, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

CHARLOTTE S. SIDWAY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

BURROWS MATTHEWS and Another, Respondents, v. THE STATE OF NEW YORK, Appellant:— Judgment affirmed, with costs. All concur.

EDWIN D. KLOPP, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent.— Judgment affirmed, without costs on this appeal. All concur.

HAZEL MARSHALL KERNER, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

EVA JACHURA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur.

NICK JACHURA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur.

JACOB P. MILLER, JR., Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur.

VELMA HARMS, as Administratrix, etc., of CHARLES HARMS, Deceased, Respondent, v. BESSIE L. DICKSON and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal on the facts and for granting a new trial upon the ground that the remarks of the trial justice in the colloquy following the main charge, including his voluntary statement, were prejudicial to the rights of defendant and in the interests of justice require a new trial.